FILED

2007 Feb-02  PM 01:59
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| COLUMBUS MCCOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-cv-02086-JEO |
| | ) | |
| GULF SOUTH CONTRACTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM OPINION</u>

The plaintiff initially filed this action alleging a hostile work environment. He requested *in forma pauperis* status and the appointment of counsel.

On October 24, 2006, a magistrate judge of this court appointed counsel to conduct a Rule 11[1] inquiry in this matter. Counsel conducted the necessary review and filed a report with the court indicating that they could not file an amended complaint in view of Rule 11. Accordingly, counsel was released from further representation of the plaintiff in this matter.

The magistrate judge informed the plaintiff on January 11, 2007, that he could proceed *pro se* in this matter only upon the filing of an amended complaint setting forth his claims with the necessary specificity in compliance with the FEDERAL RULES OF CIVIL PROCEDURE and with references to the pertinent statutes underlying his claims. The amended complaint was to be filed by January 30, 2007. The plaintiff has not filed an amended complaint.

In the court's order, the magistrate judge told the plaintiff that if he did not file an amended complaint, this action would be dismissed.

Upon consideration of the foregoing, this action is due to be dismissed. An appropriate

---

[1] FEDERAL RULE OF CIVIL PROCEDURE 11.

order will be entered.

The Clerk of the Court is directed to serve a copy of this order upon counsel of record in this matter.

**DONE** this the 2nd day of February, 2007.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE